UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA STONE,<br><br>    Plaintiff,<br><br>v.<br><br>TAKHAR COLLECTION SERVICES, LTD.;<br>FINANCIAL DEBT RECOVERY LIMITED;<br>F.D.R. CREDIT RECOVERY LTD;<br>HARDIAL S. TAKHAR;<br>SUKCHARN S. TAKHAR; and<br>DOE,<br><br>    Defendants. | Civil Action No. 12-cv-01212-JTC |

## STIPULATION TO DISMISS

Plaintiff AMANDA STONE and Defendants FINANCIAL DEBT RECOVERY LIMITED and F.D.R. CREDIT RECOVERY LTD have reached a settlement.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the parties to this stipulation agree that the action against FINANCIAL DEBT RECOVERY LIMITED and F.D.R. CREDIT RECOVERY LTD be dismissed with prejudice and without costs to any party.  Plaintiff will proceed with the prosecution of her case against Defendants TAKHAR COLLECTION SERVICES, LTD., HARDIAL S. TAKHAR, and SUKCHARN S. TAKHAR.

Date: April 30, 2014

130802201v1 0951163

2

| | |
|---|---|
| s/Robert Amador | /sConcepcion Montoya |
| _____ | _____ |
| ROBERT AMADOR, ESQ. | Concepcion A. Montoya (CM-7147) |
| Attorney for Plaintiff CHRISTINA LANGHORNE | 800 Third Avenue, 13th Floor |
| Centennial Law Offices | New York, New York 10022 |
| 9452 Telephone Rd. 156 | Tel: (212) 471-6200 |
| Ventura, CA. 93004 | Fax (212) 935-1166 |
| (888)308-1119 ext. 11 | Email: cmontoya@hinshawlaw.com |
| R.Amador@centenniallawoffices.com | |
| | /sEdward Bloomberg |
| | _____ |
| | Edward S. Bloomberg |
| | Phillips Lytle LLP |
| | 3400 HSBC Center |
| | Buffalo, NY 14203 |
| | Tel: (716) 847-7096 |
| | Fax: (716) 852-6100 |
| | Email: ebloomberg@phillipslytle.com |
| | |
| | Attorneys for Defendants Financial Debt Recovery and |
| | Limited and F.D.R. Credit Recovery Ltd. |

## CERTIFICATE OF SERVICE

I certify that on April 30, 2014 I mailed a copy of the foregoing, First Class U.S. Mail, to the following parties:

Takhar Collection Services, Ltd.
1623 Military Road Suite 537
Niagara Falls, NY. 14304

Hardial S. Takhar
202 BEVERLY STREET
CAMBRIDGE ONTARIO, CANADA, N1R-328

Sukcharn S. Takhar
202 BEVERLY STREET
CAMBRIDGE ONTARIO, CANADA, N1R-328

130802201v1 0951163