# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMANDA STONE,<br><br>      Plaintiff,<br><br>v.<br><br><br>TAKHAR COLLECTION SERVICES, LTD.;<br>FINANCIAL DEBT RECOVERY LIMITED;<br>F.D.R. CREDIT RECOVERY LTD;<br>HARDIAL S. TAKHAR;<br>SUKCHARN S. TAKHAR; and<br>DOE,<br><br>      Defendants. | Civil Action No. 1:12-cv-01212-JTC |

### NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the action only as against Defendant TAKHAR COLLECTION SERVICES, LTD. Plaintiff will proceed with the action against Defendants HARDIAL S. TAKHAR and SUKCHARN S. TAKHAR.

Date:  June 13, 2014

s/Robert Amador
_____
ROBERT AMADOR, ESQ.
Attorney for Plaintiff AMANDA STONE
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com

1

## CERTIFICATE OF SERVICE

I certify that on June 13, 2014, I mailed a copy of the foregoing, First Class U.S. Mail, to:

Hardial S. Takhar
202 BEVERLY STREET
CAMBRIDGE ONTARIO, CANADA, N1R-328

Sukcharn S. Takhar
202 BEVERLY STREET
CAMBRIDGE ONTARIO, CANADA, N1R-328

s/Robert Amador
_____
ROBERT AMADOR, ESQ.
Attorney for Plaintiff AMANDA STONE
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
R.Amador@centenniallawoffices.com